# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

Case No. 5D2025-3322
LT Case Nos. 1994-CF-010251-A

———————————————

JOHNNY JONES,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

———————————————

3.800 Appeal from the Circuit Court for Duval County.
Tatiana Radi Salvador, Judge.

Brett S. Chase, of Chase Law Florida, P.A., Saint Petersburg, for Appellant.

James Uthmeier, Attorney General, and David Welch, Assistant Attorney General, Tallahassee, for Appellee.

June 2, 2026

PER CURIAM.

AFFIRMED.

WALLIS, EDWARDS, and MacIVER, JJ., concur.

———————————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

———————————————————